JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JOHN K. HOOVER, an individual; DEBORAH B. HOOVER, an individual; EL RIO COUNTRY CLUB, LLC, a Delaware limited liability company;<br><br>                    Plaintiffs,<br><br>     v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for FIRST NATIONAL BANK OF NEVADA , successor-in-interest to FIRST NATIONAL BANK OF ARIZONA; and DOES 1 through 50, inclusive<br><br>                    Defendants. | Case No.: SACV09-00750 DOC (MLGx)<br><br>Judge David O. Carter<br><br>**[~~PROPOSED~~] JUDGMENT IN CIVIL ACTION** |

Following the Court's ruling and order granting Defendant Federal Deposit Insurance Corporation, as Receiver for First National Bank of Nevada, successor-in-interest to First National Bank of Arizona's ("FDIC") motion for summary judgment in its entirety, and following this Court's previous Orders dated April 5, 2010 and July 6, 2010,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant FDIC and against Plaintiffs John K. Hoover, Deborah B. Hoover and El Rio Country Club, LLC (collectively "Plaintiffs") , and that Plaintiffs take nothing by their action.

DATE:   March 15, 2011

DAVID O. CARTER
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] JUDGMENT IN CIVIL ACTION